KM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Fernando Cahua Mires, | No.   CV-26-03334-PHX-DWL (JFM) |
| Petitioner, | |
| v. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1] (Doc. 1.)

As alleged, Petitioner entered the United States in December 2023. (*Id.* at 5.) On January 4, 2024, he was issued a Notice to Appear. (*Id.*) On February 13, 2026, an Immigration Judge ordered Petitioner's removal; on February 26, 2026, Petitioner filed an appeal of that order with the Board of Immigration Appeals (BIA). (*Id.*) Petitioner's appeal remains pending and the BIA has not set a briefing schedule. (*Id.*) On March 16, 2026, Immigration and Customs Enforcement agents arrested Petitioner. Petitioner asserts that, since that date, he has been detained without a bond hearing or any "individualized assessment of whether his detention serves any legitimate purpose." (*Id.*) Petitioner argues

---

[1] Petitioner also requested a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 1 at 11-12). Because the Court is directing Respondents to promptly file a response, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

"there is nothing imminent about his removal" and his appeal is likely to remain pending for a year or more.  (*Id.*)

Petitioner raises two grounds for relief: (1) Petitioner's detention violates 8 U.S.C. § 1226(a), which Petitioner argues "authorizes the Attorney General to detain, to release on bond, or to release on conditions of supervision – but . . .does not authorize detention as a default"; and (2) Petitioner has been detained since March 16, 2026 without due process, in violation of the Fifth Amendment.

The Court will require Respondents to file a response.  Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

(1)     Petitioner's request for a Motion for Temporary Restraining Order and Preliminary Injunction is **denied without prejudice**.

(2)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(4)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)     Respondents must file a response no later than **May 21, 2026**.

. . . .

. . . .

. . . .

. . . .

- 2 -

(6)    Petitioner may file a reply no later than **May 26, 2026**.

Dated this 14th day of May, 2026.

_____
Dominic W. Lanza
United States District Judge