# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Fernando Cahua Mires, | No. CV-26-03334-PHX-DWL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was previous released from detention, he was redetained in March 2026, and has not been provided a bond hearing. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response states:

> Respondents do not oppose the habeas petition or the requested relief of a bond hearing pursuant to 8 U.S.C. § 1226(a).

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition in part and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release him from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing petitioner or providing him a bond hearing. **That notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of May, 2026.

Dominic W. Lanza
United States District Judge

- 2 -