# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Pablo Fernando Cahua Mires,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03334-PHX-DWL (JFM)

**ORDER**

In light of Respondents' avowal that "Petitioner has now been released from ICE custody" (Doc. 13),

**IT IS ORDERED** that Petitioner's motion to enforce (Doc. 11) is **denied as moot**.

Dated this 2nd day of June, 2026.

Dominic W. Lanza
United States District Judge